# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re Charges of Unprofessional Conduct Against 99-37, Attorney at Law of the State of Minnesota

Case No. Civil 00-747 JMR/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Barbara G. Stuart, United States Trustee

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Attorney 99-37's motion to remand, to compel testimony, and for sanctions is denied;

2. Barbara G. Stuart's motion to quash and to dismiss related proceedings is granted.

DATE: August 1, 2000

FRANCIS E. DOSAL, CLERK

Shirley L Hansen

Shirley Hansen, Deputy Clerk

15